UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. DINEEN, of Kittery, York County, Maine,<br>               PLAINTIFF<br><br>vs.<br><br>MARIE T. DINEEN, of Newton, Middlesex County, Massachusetts,<br><br>AND<br><br>McCANDLESS, EPSTEIN & O'DONOVAN, LLP,<br>AND<br>ELIZABETH McCANDLES, EILEEN M.L. EPSTEIN & DENNIS J. O'DONOVAN, all of Portland, Cumberland County, Maine,<br><br>               DEFENDANTS | COMPLAINT<br><br>04-10812 NG<br><br>MAGISTRATE JUDGE Bowler<br><br>RECEIPT # 55483<br>AMOUNT $ 150<br>SUMMONS ISSUED 5<br>LOCAL RULE 4.1<br>WAIVER FORM<br>MCF ISSUED<br>BY DPTY. CLK.<br>DATE 4-23-04 |

Now comes the Plaintiff in the above entitled matter, and, for his cause of action, alleges as follows:

1. That Plaintiff, James M. Dineen, is one of two heirs of the late Ruth E. Dineen, who died intestate at York, Maine, on December 23, 1995.

2. That Defendant Marie T. Dineen, is the other heir of the said Ruth E. Dineen. Defendants McCandless, Epstein & O'Donovan, LLP and Elizabeth McCandless, Eileen M.L. Epstein and Dennis J. O'Donovan are the law firm and individual lawyers who represented Marie T. Dineen in a contested probate matter involving the Estate of the late Ruth E. Dineen, which has pended for several years in the York County Probate Court, Alfred, Maine.

3. That during the course of proceedings in the contested probate matter mentioned above, the Defendants conspired through perjured testimony and other misrepresentation to the York County Probate Court for the purpose of depriving the Plaintiff from substantial portions of his inheritance in the Estate of Ruth E. Dineen. Said conspiracy was successful.

4. On May 29, 2002, the judge of the York County, Maine Probate Court rendered an Order in which he accepted as truthful

-2-

all of the perjured testimony and other misrepresentation made to the Court by the Defendants in their effort to deprive the Plaintiff of significant and substantial portions of his rightful share of the Estate of his late mother, Ruth E. Dineen.

5. That the monetary worth of the damage sustained by the Plaintiff by the tortious conduct of the Defendants mentioned above falls between Three Hundred Thousand ($300,00.00) Dollars and Five Hundred Thousand ($500,000.00) Dollars.

6. That the tortious conduct of the Defendants as alleged aforesaid was so egregious that malice can be implied in and can be inferred from the misconduct of all of the Defendants.

7. That the Plaintiff demands a jury trial in the within matter.

WHEREFORE, the Plaintiff prays as follows:

1. That he be awarded judgment in compensatory damages against all five named Defendants, jointly and severally, in an amount within the jurisdictional limits of this Honorable Court.

2. That he be awarded judgment in punitive damages against all five named Defendants, jointly and severally, for the malice in their tortious misconduct.

Dated:  April 22, 2004

James M. Dineen
Plaintiff Pro Se
P.O. Box 324
Kittery, Maine  03904
207-363-5506